UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICOLE HUDSON,

    Plaintiff,

v.                                     Case No:   2:19-cv-12-JLB-NPM

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

## ORDER

The Court directed the parties to show cause why this case should not be dismissed for lack of prosecution no later than August 10.  (Doc. 55.)  The deadline for the parties to file a stipulation of dismissal or reopen the case under the Court's order administratively closing the file had expired.  (Doc. 54.)[1]  To date, they have neither shown cause nor filed a stipulation of dismissal and the time to do so has expired.  Accordingly, this case is **DISMISSED without prejudice**.  The Clerk is **DIRECTED** to close the file.

**ORDERED** at Fort Myers, Florida, on August 12, 2021.

*/s/ John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] On March 5, 2021, under Local Rule 3.09(b), the Court administratively closed the file after the parties settled.  (Docs. 53, 54.)